1  Charles G. Miller, State Bar No. 39272
   Howard I. Miller, State Bar No. 251878
2  BARTKO, ZANKEL, TARRANT & MILLER
   A Professional Corporation
3  900 Front Street, Suite 300
   San Francisco, California  94111
4  Telephone:    (415) 956-1900
   Facsimile:    (415) 956-1152

5
   Attorneys for Defendants
6  GLOBAL CELLULAR, INC.,
   CELLAIRIS FRANCHISE, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                         SACRAMENTO DIVISION

11  ABDUL SAFI & MARIAM SAFI,         )   No.  2:10-CV-00886 FCD GGH
                                      )
12              Plaintiffs,           )   **APPLICATION AND ORDER FOR**
                                      )   **EXTENSION OF TIME ON**
13         v.                         )   **STIPULATION FOR DEFENDANTS**
                                      )   **GLOBAL CELLULAR, INC. AND**
14  GLOBAL CELLULAR, INC.,            )   **CELLAIRIS FRANCHISE, INC. TO**
    CELLAIRIS FRANCHISE, INC.,        )   **RESPOND TO COMPLAINT [GEN.**
15                                    )   **L.R. 144]**
                                      )
16              Defendants.           )

17

18         WHEREAS, the parties have previously stipulated to and received an initial

19  extension of twenty-eight (28) days for Defendants to respond to the Complaint; the parties are

20  actively engaged in pursuing a negotiated settlement to this matter; and the parties require

21  additional time in which to resolve any remaining differences.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28

1    IT IS HEREBY STIPULATED by and between the parties hereto, through their
2 attorneys of record, pursuant to General Local Rule 144, that defendants Global Cellular, Inc. and
3 Cellairis Franchise, Inc. may have a first, additional extension of ten (10) days, up to and including
4 May 29, 2010, in which to respond to the Complaint in this matter.

6 DATED:  May 18, 2010

BARTKO, ZANKEL, TARRANT & MILLER
A Professional Corporation

By /s/_____
Howard I. Miller
Attorneys for Defendants
GLOBAL CELLULAR, INC and CELLAIRIS FRANSHISE, INC.

DATED:  May 18, 2010

GAVRILOV LAW CORPORATION
n

By  /s/_____
Ognian Anguelov Gavrilov
Attorneys for Plaintiffs
ABDUL SAFI and MARIAM SAFI

IT IS SO ORDERED.

DATED:  May 18, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE