Ognian Gavrilov, State Bar No. 258583
Gavrilov Law Corporation
2431 Capitol Avenue
Sacramento, California  95816
Telephone:     (916) 504-0529
Facsimile:     (916) 473-5870

Attorney for Plaintiff
Abdul & Mariam Safi

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ABDUL SAFI & MARIAM SAFI, | No.  2:10-CV-00886 FCD-GGH |
| Plaintiffs, | **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT [FED. R. EVID. 41(a)(1)(A)(ii); GEN. L.R. 143]** |
| v. | |
| GLOBAL CELLULAR, INC., CELLAIRIS FRANCHISE, INC., | |
| Defendants. | |

Plaintiffs Abdul Safi & Mariam Safi and Defendants Global Cellular, Inc. & Cellairis Franchise, Inc. hereby submit this Stipulation to dismiss this case with prejudice.

WHEREAS, the parties entered a Settlement Agreement; and

WHEREAS, the Settlement Agreement provides among other things that Abdul Safi & Mariam Safi will dismiss the case *with prejudice* with regards to all defendants named in the lawsuit, and that Global Cellular, Inc. & Cellairis Franchise, Inc. will stipulate to the dismissal;

//
//
//
//
//
//

STIPULATED DISMISSAL WITH PREJUDICE

GAVRILOV LAW CORPORATION

1  IT IS HEREBY STIPULATED by and between the parties hereto that this action shall be
2 dismissed in its entirety, *with prejudice*.

3

4 DATED:  May 27, 2010

    BARTKO, ZANKEL, TARRANT & MILLER
5    A Professional Corporation

6

7 By ___/s/_____
    Howard I. Miller
    Attorneys for Defendants
8    GLOBAL CELLULAR, INC and CELLAIRIS FRANSHISE, INC.

9 DATED:  May 27, 2010

10    GAVRILOV LAW CORPORATION

11

12 By ___/s/_____
    Ognian Anguelov Gavrilov
    Attorneys for Plaintiffs
13    ABDUL SAFI and MARIAM SAFI

- 2 -